HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Juan Antonio Sanchez-Garcia

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:10-cr-00070 AWI-1 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | WAIVER OF DEFENDANT'S PERSONAL |
| v. | ) | PRESENCE AT PRETRIAL PROCEEDINGS; |
| | ) | ORDER THEREON |
| JUAN ANTONIO SANCHEZ-GARCIA, | ) | |
| Defendant. | ) | |

Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant, Juan Antonio Sanchez-Garcia, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to defendant's attorney that defendant's presence is required will be deemed notice to the defendant of the requirement of his appearance at said time and place.

Defendant makes this request because of the time, distance, and expense required to travel to court.  Mr. Sanchez-Garcia currently lives in the Los Angeles area and is being supervised by the U.S. Probation Office.  He is working to support his family, including his

1  newborn daughter.  The government has no objection to the Rule 43 waiver.

2  This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

4  DATED:   5/31/16                    /s/  Juan Antonio Sanchez-Garcia
                                       JUAN ANTONIO SANCHEZ-GARCIA

6  DATED:   5/31/16                    /s/  Charles J. Lee
                                       CHARLES J. LEE
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       Juan Antonio Sanchez-Garcia

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated:   **May 31, 2016**              /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

Waiver of Defendant's Personal Presence; [Proposed]       -2-
Order Thereon